IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:14-CV-215-BO

| | |
|---|---|
| LAWRENCE VERLINE WILDER, SR., Plaintiff, | ) ) ) |
| v. | ) **ORDER** ) |
| ERIC HOLDER, Defendant. | ) ) ) |

This matter is before the Court on plaintiff's second motion made pursuant to Rule 60 of the Federal Rules of Civil Procedure. The Court previously denied plaintiff's first motion pursuant to Rule 60 in December 2014 because plaintiff offered no extraordinary circumstances that justified relief nor did he articulate any manifest injustice that would result from the dismissal of his complaint as frivolous. The Fourth Circuit Court of Appeals affirmed this Court's ruling in an opinion dated March 19, 2015. The mandate issued on May 11, 2015.

Again, plaintiff's instant motion appears to follow his stream of consciousness, the reader cannot ascertain any legal issues or factual support for plaintiff's claims, and he does not offer extraordinary circumstances or factual relief. His motion [DE 16] is properly DENIED. Plaintiff may not continue to make filings in this case, as it is now closed. Plaintiff is admonished that continued filings in this closed case will result in an order directing the Clerk of Court to dispense with the taking into the record of this case any new materials.

SO ORDERED, this 7 day of October, 2015.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE