IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:14-CV-215-BO

| | |
|---|---|
| LAWRENCE VERLINE WILDER, SR., | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER** |
| | ) |
| ERIC HOLDER, | )<br>) |
| Defendant. | ) |

This matter is before the Court on plaintiff's third motion made pursuant to Rule 60 of the Federal Rules of Civil Procedure. Plaintiff also seeks additional relief, including appointment of counsel, for change of venue, and for recusal. The Court's dismissal of plaintiff's complaint was affirmed by the court of appeals. [DE 14]. The Court denied plaintiff's second Rule 60(b) motion [DE 17], plaintiff noticed an appeal, and the appeal remains pending.[1] Plaintiff's most recent motion again fails to satisfy the requirements for relief under Rule 60(b). *See Dowell v. State Farm Fire & Cas. Auto. Ins. Co.*, 993 F.2d 46, 48.

Further, plaintiff has been admonished that this case is closed and that he should refrain from making additional filings requesting relief in this matter. Plaintiff has made no additional showing beyond that which formed the basis of the Court's prior denials, and his additional requests for relief are denied.

The motion [DE 21] is DENIED in its entirety.

SO ORDERED, this __30__ day of March, 2016.

*[signature]*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

---

[1] *See Fobian v. Storage Tech. Corp.*, 164 F.3d 887, 891 (4th Cir. 1999) (district court has jurisdiction to consider Rule 60(b) motion while judgment is on appeal).