IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-CV-215-BO

LAWRENCE VERLINE WILDER, SR.,  )
                                                   )
      Plaintiff,               )
                                                   )
v.                                                 )         O R D E R
                                                   )
ATTORNEY GENERAL ERIC HOLDER, )
                                                 )
      Defendant.            )

This matter is before the Court on a motion by plaintiff, proceeding *pro se*, seeking appointment of counsel, a hearing, relief from a judgment or order pursuant to Rule 60 of the Federal Rules of Civil Procedure, recusal, to change venue, as well as other relief. As the Court has previously cited, this case has been dismissed, judgment has been entered, appeals have been taken, and mandates have issued. *See* [DE 34]. Plaintiff's current motion is once again difficult to decipher and does not appear to provide the Court with any basis upon which to provide plaintiff with any relief. *See* Fed. R. Civ. P. 7(b); Fed. R. Civ. P. 60; *Dowell v. State Farm Fire & Cas. Auto. Ins. Co.*, 993 F.2d 46, 48 (4th Cir. 1993).

Accordingly, plaintiff's motion [DE 35] is DENIED.

SO ORDERED, this __13__ day of February 2024.

                                                    /s/ Terrence Boyle
                                                    TERRENCE W. BOYLE
                                                    UNITED STATES DISTRICT JUDGE